**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00318-CR**
_____

**TYRONE W. EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 13-18120**

**MEMORANDUM OPINION**

On July 9, 2014, the trial court sentenced Tyrone W. Edwards on a conviction for burglary of a habitation. Edwards filed a notice of appeal on July 10, 2014. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On August 12, 2014, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No

response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on September 30, 2014
Opinion Delivered October 1, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ